UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

John Doe #006

        Plaintiff,

v.         Case No.: 3:23−cv−01235

William Lee, et al.

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/9/2024 re [26].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk